UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHELLY M. JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. CV-23-66 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

1. Jones's Motion for Summary Judgment (Doc. 5) is GRANTED.
2. The Court REVERSES the decision of the Commissioner of the Social Security Administration and REMANDS this case to the Commissioner of the Social Security Administration for further proceedings consistent with this Order pursuant 42 U.S.D. 405(g).

Dated this 3rd day of May, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ M. Stewart
                              M. Stewart, Deputy Clerk